NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re UNITED STATES,**
*Defendant- Appellant*

---

2024-1566

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00288-SAV, Judge Stephen A. Vaden.

-------------------------------------------------

**CVB, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**BROOKLYN BEDDING, LLC, CORSICANA MATTRESS CO., ELITE COMFORT SOLUTIONS, FXI, INC., INNOCOR, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INC., INTERNATIONAL BROTHERHOOD OF TEAMSTERS, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,**
*Defendants-Appellees*

---

2024-1504

_____

Appeal from the United States Court of International Trade in No. 1:21-cv-00288-SAV, Judge Stephen A. Vaden.

_____

Before REYNA, *Circuit Judge*.

# O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of Appeal No. 2024-1504, pursuant to Federal Rule of Appellate Procedure 42(b), ECF No. 60, and CVB, Inc.'s notice that it will not be participating in the United States's cross-appeal, Appeal No. 2024-1566, ECF No. 61,

IT IS ORDERED THAT:

(1) Appeal No. 2024-1504 is dismissed. The revised official caption and short caption for Appeal No. 2024-1566 are reflected in this order.

(2) Each side shall bear its own costs in Appeal No. 2024-1504.

(3) The parties' briefs will not be transmitted to the merits panel assigned to Appeal No. 2024-1566.

(4) Within 14 days from the date of entry of this order, the United States is directed to submit a revised brief in Appeal No. 2024-1566 that shall be revised only to the extent that it reflects the revised caption and omits those portions of its original brief addressing CVB's arguments. The appendix is also due within that time.

(5) Following submission of the revised brief and appendix, Appeal No. 2024-1566 will be ready for assignment to a merits panel.

(6) The Clerk of Court is directed to forward a copy of this order to the merits panel assigned to Appeal No. 2024-1566.

FOR THE COURT



November 18, 2024
        Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to Appeal No. 2024-1504 only): November 18, 2024